[No. 48342-1-I.   Division One.   June 10, 2002.]

CHRISTINE STAPLEY, *Appellant*, v. MICROSOFT, INC., ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-52846-8, James A. Doerty, J., entered December 8 and 29, 2000, and March 23, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Coleman, J.

[No. 48528-8-I.   Division One.   June 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY
FRANKENFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01978-1, Michael J. Trickey, J., entered April 19, 2001. *Remanded* by unpublished per curiam opinion. Now published at 112 Wn. App. 472.

[No. 48532-6-I.   Division One.   June 10, 2002.]

HOWARD HUNTER, *Appellant*, v. PATRICK FERRY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-02104-5, Steven J. Mura, J., entered April 20, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Schindler, JJ.

[No. 49685-9-I.   Division One.   June 10, 2002.]

KLINT BATTIEN, *Appellant*, v. KEN DEONIGI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-10089-1, Catherine D. Shaffer, J., entered November 9, 2001. *Affirmed* by unpublished per curiam opinion.